United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>   v.<br><br>KEVIN D. SOWDON,<br><br>        Defendant(s).<br>_____/ | No. C-11-00786 DMR<br><br>**ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES IN STUDENT LOAN CASES** |

    Pursuant to General Order 44, this matter has been assigned to Magistrate Judge Donna M. Ryu for trial. All filings shall include the initials "DMR" after the case number. The Northern District of California Local Rules of Practice in Civil Proceedings apply to this case. These rules are posted on our website, www.cand.uscourts.gov. In addition, the parties are **ORDERED** to follow the procedures set forth below:

    1.    Within **thirty (30) days** of the date of this Order, the parties shall return to the Clerk of Court the enclosed form, either consenting to my jurisdiction pursuant to 28 U.S.C. § 636(c), or requesting reassignment to a District Judge.

    2.    Within **twenty (20) days** of the date of this Order, Plaintiff shall mail to Defendant an accounting and a copy of any documents supporting Plaintiff's claims. Plaintiff shall concurrently file with the Court said accounting (without documents) and proof of service of the accounting.

    3.    Within **forty (40) days** of the date of this Order, Defendant shall mail to Plaintiff a

copy of any documents which Defendant claims prove payment of all or part of the loan or otherwise excuse Defendant's failure to pay the loan.

    4.      Within **sixty (60) days** of the date of this Order, the parties shall meet in person or by telephone to discuss the documents they have exchanged and possible settlement of this dispute.

    5.      Within **two (2) weeks** after the meeting, each party shall file and serve a letter informing the Court of the status of the case. The letter shall include the following:

    (a)    A brief description of the events underlying the lawsuit;

    (b)    What discovery the party intends to take, including, but not limited to, the identity of all persons the party intends to depose;

    (c)    A suggested trial date and an estimate of the length of trial.

Thereafter, the Court will schedule a case management conference to discuss the status of the case and develop a trial schedule.

IT IS SO ORDERED.

Dated: April 26, 2011

DONNA M. RYU
United States Magistrate Judge

Attachments

**United States District Court**
For the Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 UNITED STATES OF AMERICA,            No. C 11-00786 DMR
8          Plaintiff,                  **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
9      v.
10 KEVIN D. SOWDON,
11          Defendant.
12 _____/
13
14            CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
15     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
16 in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate
17 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
18 final judgment. Appeal from the judgment shall be taken directly to the United States Court of
19 Appeals for the Ninth Circuit
20
21
22 Dated: _____        _____
                                          Signature
23
24                                        Counsel for _____
                                          (Name or party or indicate "pro se")
25
26
27
28

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br> KEVIN D. SOWDON,<br><br>    Defendant.<br>_____/ | No. C 11-00786 DMR<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     _____
                                    Signature

                                    Counsel for _____
                                    (Name or party or indicate "pro se")

4