UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-11-00786 DMR |
|     Plaintiff, | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
|     v. | |
| SOWDON, | |
|     Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties shall appear for an initial case management conference on **August 10, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

By no later than **July 20, 2011**, Defendant shall provide to Plaintiff any documents which Defendant contends prove payment of all or part of the loan or otherwise excuse Defendant's failure to pay the loan.

By no later than **July 25, 2011**, the parties shall meet and confer in person or by telephone to discuss the case, including possible settlement of the dispute.

By no later than **August 3, 2011**, each party shall file and serve a letter informing the Court of the status of the case. The letter shall include the following:

(a) a brief description of the events underlying the lawsuit;

(b) what discovery the party intends to take, including, but not limited to, the identity of all persons the party intends to depose;

(c) a suggested trial date and an estimate of the length of trial.

IT IS SO ORDERED.

Dated: July 11, 2011



DONNA M. RYU
United States Magistrate Judge

2