UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-11-00786-DMR |
| Plaintiff, | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| SOWDON, | |
| Defendant. _____/ | |

The Court is in receipt of the parties' September 14, 2011 request to continue the Initial Case Management Conference. The request is granted. The Initial Case Management Conference previously scheduled for September 21, 2011 at 1:30 p.m. has been CONTINUED to **September 28, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **September 21, 2011**.

IT IS SO ORDERED.

Dated: August 30, 2011

_____
DONNA M. RYU
United States Magistrate Judge