MICHAEL COSENTINO, SBN 83253
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff,
United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>         Plaintiff,              )<br>                                  )<br>    v.                            )<br>                                  )<br> KEVIN D. SOWDON,                 )<br>                                  )<br>         Defendant.              )<br>_____) | NO. CV 11-00786 DMR<br><br>**CONSENT JUDGMENT** |

The above entitled Plaintiff having filed its complaint herein, and the above entitled defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over the parties to the Consent Judgment. The Complaint herein states a claim upon which relief can be granted.

2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. It is understood that any appeal from a judgment entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as

CONSENT JUDGMENT; U.S. v. SOWDON CV 11-00786 DMR                          1

1 | an appeal from any other judgment of a District Court..

2 |     3. Judgment shall be in favor of Plaintiff, United States of America and against
3 | Defendant, Kevin D. Sowdon, in the sum of $13,560.02 consisting of $5,590.77 in
4 | principal, $7,904.18 interest to September 15, 2011, CIF costs of $0.00, court costs of
5 | $65.00 and attorney's fees of $0.00, plus interest in the amount of $0.55 per day on
6 | principal in the amount of $5,590.77 from September 15, 2011, up to the date of entry of
7 | the within Consent Judgment, less any sums tendered toward satisfaction of the
8 | obligation during said time period.

9 |     4. This consent judgment shall bear interest pursuant to the provisions of 28
10 | U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which
11 | interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b)
12 | until paid in full.

13 |     5. On or before October 01, 2011, the judgment debtor will tender to the United
14 | States of America, a check payable to the U.S. Department of Justice mailed to,

15
16 | U. S. Department of Justice
   Nationwide Central Intake Facility
   P. O. Box 790363
17 | St. Louis, MO 63179-0363

18 | in the amount of $250.00; thereafter judgment debtor will tender $250.00 on or before the
19 | 1st day of each succeeding month until the account is paid in full.

20 |     (a) Each said payment shall be applied first to the payment of interest accrued to
21 | the date of receipt of said payment, and the balance, if any, to the principal;

22 |     (b) The judgment debtor shall submit financial data to the plaintiff as specified by
23 | plaintiff on the anniversary date of this judgment for each year this judgment remains
24 | unpaid; and

25 |     (c) Plaintiff reserves the right to evaluate the updated financial data and adjust the
26 | periodic payment rate accordingly, or to demand a lump sum payment if warranted
27 | by the judgment debtor's financial circumstances, subject to Court approval.

28 |     6. An Abstract of Judgment shall be recorded with the Recorder's Office of the

County of residence of the judgment debtor; plaintiff may also record or file similar documents elsewhere.

7. Default under the terms of this consent judgment will entitle the United States of America to execute on this judgment without notice to the judgment debtor.

8. The judgment debtor has the right of prepayment of this debt without penalty, and the interest charged will only be calculated to the date of final payment.

9. In case of default, all costs incurred in recording, filing, executing, or levying on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

Dated: September 15, 2011

By: Michael Cosentino
Attorney for Plaintiff,
United States of America

I have read the foregoing, and I understand and agree to the terms, and I sign this agreement as a free and voluntary act.

Dated: September 21, 2011

Kevin D. Sowdon
Defendant and Judgment Debtor

Approved as to form and content.
Dated: September 22, 2011

Eric B. Simon
Attorney for Kevin D. Sowdon, Defendant

APPROVED AND SO ORDERED THIS 26th DAY OF September, 2011. The Clerk of the Court is DIRECTED to close the file in the action.

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

CONSENT JUDGMENT; U.S. v. SOWDON CV 11-00786 DMR                               3